■ KELLY J. BEYOR et al., Respondents, v WAYNE J. PHILLIPS, Appellant. [621 NYS2d 977] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Supreme Court erred in granting that portion of plaintiffs' motion to set aside the jury verdict that apportioned liability 90% against plaintiffs and 10% against defendant. It cannot be said that the jury's apportionment of liability could not have been reached upon any fair interpretation of the evidence *(see generally, Nicastro v Park,* 113 AD2d 129, 134). Therefore, we modify the order by vacating those portions that granted that portion of plaintiffs' motion to set aside the jury verdict apportioning liability and granted a new trial on liability. In all other respects, the

order is affirmed. (Appeal from Order of Supreme Court, Onondaga County, Brandt, J.—Set Aside Verdict.) Present—Balio, J. P., Lawton, Wesley, Callahan and Davis, JJ.